FILED
CLERK, U.S. DISTRICT COURT
11/6/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No.   2:20-cr-00551-GW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. §§ 922(a)(6), 924(a)(2): False Statement in a Federal Firearm Licensee's Records During Purchase of a Firearm] |
| LINDLEY ALAN HUPP, | |
| Defendant. | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant LINDLEY ALAN HUPP was a police officer with the Torrance Police Department, peace officer, and sworn member of a law enforcement agency who was paid on a full-time basis.

2.   California Penal Code Section 32000 prohibited the manufacturing, importing, offering for sale, selling, gifting, or loan of any handgun that was not on the roster of handguns determined to be "not unsafe" within the meaning of California Penal Code

//

//

Section 32015. More specifically:

    a. Pursuant to California Penal Code Section 32015, the California State Department of Justice ("CA DOJ") maintained a roster of handguns that could lawfully be sold in the State of California. The roster was a listing of handguns by manufacturer, model number, and model name that had been tested by a California certified testing laboratory and determined "not to be unsafe." The handguns listed on this roster were the only handguns that could be sold in the State of California, subject to certain exceptions.

    b. Any handgun not listed on the roster was referred to as "unsafe," "non-roster," or "off roster."

    c. An "off roster" handgun could only be sold to, or purchased by, certain exempted parties listed in California Penal Code Section 32000. California Penal Code Section 32000(b)(4) permitted sworn members of police departments and other law enforcement or military agencies to purchase "off roster" handguns for use in the discharge of their official duties.

    d. The California Penal Code did not prohibit an exempted person, such as a sworn member of a police department, from re-selling an "off roster" handgun to a non-exempted, but otherwise non-prohibited, buyer.

3. California Penal Code Section 26815 provided that no firearm could be delivered within ten days of the application to purchase, or after notice by CA DOJ of authorization or non-authorization for dealer to sell, within ten days of the submission to the CA DOJ of any correction to the application, or within ten days of the submission to the CA DOJ of any fee required, whichever was later (the "ten-day waiting period"). The ten-day waiting period

2

did not apply to the sale, delivery, or transfer of firearms made to a full-time, paid police officer whose employer had authorized the officer to carry firearms while in the performance of the officer's duties.

4. California Penal Code Section 27535 provided that "no person shall make an application to purchase more than one handgun within any 30-day period," except for certain parties identified in the statute, including law enforcement agencies and any person properly identified as a sworn, full-time paid peace officer who was authorized to, and did carry a firearm during the course of their employment as a peace officer. Pursuant to the exception set forth in California Penal Code Section 27535(b)(5), peace officers could purchase or apply to purchase more than one handgun within a 30-day period.

5. The United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") required all federally-licensed firearms dealers to document firearms sales and purchases on an ATF Form 4473, a form that was completed by the federal firearms licensee ("FFL") dealer and the firearm purchaser. The documentation process included the following requirements:

   a. At the time the purchaser submitted an application to purchase a firearm, the purchaser was required to certify on ATF Form 4473 that he or she was the "actual buyer" of the firearm. ATF Form 4473 advised that: "You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person."

   b. At the time the purchaser took possession of the firearm, which generally was at the conclusion of the 10-day waiting period, the purchaser was required to re-certify on the ATF Form 4473

that all of the assertions previously made on the ATF Form 4473 during the initial application were true, correct, and complete.

6. Defendant HUPP, in his capacity as an active law enforcement officer, purchased numerous "off roster" firearms, many of which he later sold.

7. At times, defendant HUPP requested a waiver of the ten-day waiting period by submitting a letter to the CA DOJ from the Torrance Police Department, authorizing the waiver of the ten-day waiting period.

8. Defendant HUPP was not a licensed importer, licensed manufacturer, or licensed dealer of firearms.

9. Defendant HUPP was a member of Calguns.net ("Calguns"), an online forum and marketplace for persons seeking to sell, purchase, or discuss firearms.

   a. Defendant HUPP frequently posted advertisements on Calguns offering to sell firearms.

   b. In posts and private messages on Calguns, defendant HUPP would describe the advertised firearms as "off roster" in order to increase their marketability.

   c. In posts and private messages on Calguns, defendant HUPP would describe the advertised firearms as "BNIB" or "Bnib," meaning "brand new in box."

   d. In posts and private messages on Calguns, defendant HUPP described the advertised firearm was "being DROS'd right now" or "still in the shop being DROS'd," meaning the firearm was still subject to the ten-day waiting period.

10. These Introductory Allegations are incorporated into each count of this Information.

COUNT ONE

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or before November 4, 2012, and continuing through on or about April 6, 2019, in Los Angeles, Orange, San Bernardino, and Ventura Counties, within the Central District of California, in San Joaquin and San Mateo Counties, within the Northern District of California, and elsewhere, defendant HUPP, not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically and including, but not limited to, the following firearms, on or about the following dates and in or about the following locations:

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
| --- | --- |
| November 4, 2012 | At Ammo Bros. in Cerritos, California, a Glock model 21, .45 caliber semiautomatic pistol, bearing serial number HNR256. |
| February 8, 2013 | At Ammo Bros. in Cerritos, California, a Kimber model Ultra Carry, .45 caliber semiautomatic pistol, advertised in a Calguns private message as an "Off the roster Kimber," bearing serial number KU187018. |
| July 17, 2013 | At Turner's Outdoorsman in Orange, California, a Glock model G35GEN4, .40 caliber semiautomatic pistol, advertised in a Calguns private message as "like new off roster," bearing serial number TZZ456. |
| March 4, 2014 | At Ammo Bros. in Cerritos, California, a Ben Senton VGN T1, 9mm caliber semiautomatic pistol, bearing serial number VGN00482. |

5

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
|---|---|
| November 22, 2014 | At Insight Shooting Range in Artesia, California, a Glock model 17 GEN 4, 9mm caliber semiautomatic pistol, bearing serial number XWL897. |
| July 2, 2015 | At Fort Courage Armory in Simi Valley, California, a Dakota Tactical model D54P, 9mm caliber semiautomatic pistol, advertised in a Calguns private message as an "off roster" firearm, bearing serial number 3500026. |
| November 22, 2015 | At Bass Pro Shops in Rancho Cucamonga, California, a Glock model 43, 9mm caliber semiautomatic pistol, advertised in a Calguns post as "Bnib" and "brand new in the box," bearing serial number ZZV016. |
| January 18, 2016 | At Turner's Outdoorsman in Norwalk, California:<br><br>a) a Sig Sauer model P320, 9mm caliber semiautomatic pistol, bearing serial number 58A049079; and<br><br>b) a Sig Sauer model P938, 9mm caliber semiautomatic pistol, bearing serial number 52B148970. |
| March 1, 2016 | At Turner's Outdoorsman In Norwalk, California, a Glock model 21 GEN 4, .45 caliber semiautomatic pistol, bearing serial number YUW989. |
| July 17, 2016 | At The Stockade in Westminster, California, a Kimber model Custom TLE RL2, .45 caliber semiautomatic pistol, bearing serial number K216291. |
| July 25, 2016 | At Adamson Police Products in Los Alamitos, California, an LWRC International model M6A5R5B14P, 5.56mm caliber rifle, bearing serial number 321119. |

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
|---|---|
| August 2, 2016 | At Tracy Rifle and Pistol in Tracy, California, a Heckler & Koch model HKUSC, .45 caliber rifle, bearing serial number 47011075. |
| August 10, 2016 | At Gunrunners in Duarte, California, a Colt model MK IV, .45 caliber semiautomatic pistol, bearing serial number 70N03131. |
| September 22, 2016 | At Riflegear in Fountain Valley, California, a DJ Getz model DF89K, 9mm caliber semiautomatic pistol, bearing serial number CC100028. |
| September 29, 2016 | At Riflegear in Fountain Valley, California, a Heckler & Koch model SP5K, 9mm caliber semiautomatic pistol, bearing serial number 215001063. |
| October 3, 2016 | At Turner's Outdoorsman in Torrance, California, a Heckler & Koch model SP5K, 9mm caliber semiautomatic pistol, bearing serial number 215001797. |
| October 5, 2016 | At Riflegear in Fountain Valley, California, a Heckler & Koch model SP5K, 9mm caliber semiautomatic pistol, bearing serial number 215001798. |
| October 8, 2016 | At Riflegear in Fountain Valley, California, a Sig Sauer model MCX, an unknown caliber semiautomatic pistol, bearing serial number 63C010362. |
| October 18, 2016 | At Riflegear in Fountain Valley, California:<br><br>a) a Sig Sauer model MCX, 5.56mm caliber semiautomatic rifle, bearing serial number 63C009067; and<br><br>b) Heckler & Koch model SP5K, 9mm caliber semiautomatic pistol, bearing serial number 215001799. |

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
|---|---|
| October 19, 2016 | At Meridian Arms in Torrance, California, a CMMG model MK 3, 7.62mm caliber rifle, bearing serial number D15716. |
| November 9, 2016 | At Evans Gunsmithing in Orange, California, a Colt model M4 Carbine, an unknown caliber rifle, bearing serial number LE468554. |
| November 23, 2016 | At Gun Effects in Hacienda Hieghts, California, a LWRC M6, an unknown caliber rifle, bearing serial number 321095. |
| November 26, 2016 | At Coyote Point Armory In Burlingame, California:<br><br>a) a Sig Sauer model MPX, 9mm caliber semiautomatic pistol, bearing serial number 62B037583; and<br><br>b) a Heckler & Koch model SP5K, 9mm caliber semiautomatic pistol, bearing serial number 215002410. |
| November 27, 2016 | At Martin B. Retting in Culver City, California, a Heckler & Koch model VP9, 9mm caliber semiautomatic pistol, advertised in a Calguns private message as "still in the shop getting Drosed," bearing serial number 224106034. |
| December 13, 2016 | At Riflegear in Fountain Valley, California:<br><br>a) an STI model DVC Classic, 9mm caliber semiautomatic pistol, bearing serial number NG22051;<br><br>b) a CZ75 SP01, 9mm caliber semiautomatic pistol, bearing serial number C013904; and<br><br>c) a Sig Sauer model P226, 9mm caliber semiautomatic pistol, bearing serial number 47A173898. |

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
|---|---|
| December 15, 2016 | At Superior Defense in Orange, California, a Sig Sauer model MPX, 9mm caliber semiautomatic pistol, bearing serial number 62B038481. |
| February 27, 2017 | At Bolsa Gunsmithing in Whittier, California:<br><br>a) a Heckler & Koch model P7M8, 9mm caliber semiautomatic pistol, bearing serial number 1697870; and<br><br>b) a Heckler & Koch model VP9, 9mm caliber semiautomatic pistol, advertised as "brand new in box," bearing serial number 224143103.<br><br>At Riflegear in Fountain Valley, California:<br><br>a) a Heckler & Koch model VP9, 40 caliber semiautomatic pistol, advertised as "brand new in box," bearing serial number 222017326;<br><br>b) a Glock unknown model 9mm caliber semiautomatic pistol, bearing serial number BBFB119;<br><br>c) a Walther model Q5 Match, 9mm caliber semiautomatic pistol, bearing serial number FCG0765; and<br><br>d) a FN model Hi Power, 9mm caliber semiautomatic pistol, bearing serial number NHCB160237. |
| April 5, 2017 | At Meridian Arms in Torrance, California, a Springfield Armory model M1A, 7.62mm caliber rifle, bearing serial number 145675. |
| June 13, 2017 | At Meridian Arms in Torrance, California, a Sig Sauer model P226, .357 caliber semiautomatic pistol, bearing serial number UU618165. |

| DATE OF SALE | LOCATION OF SALE and FIREARM(S) SOLD |
|---|---|
| April 9, 2018 | At Martin B. Retting in Culver City, California:<br><br>a) a Colt model Government, .45 caliber semiautomatic pistol, bearing serial number 4948EGA;<br><br>b) a Nighthawk Custom model Bob Marvel Custom, .45 caliber semiautomatic pistol, bearing serial number NCP26397; and<br><br>c) a Nighthawk Custom model Agent 2, 9mm caliber semiautomatic pistol, bearing serial number NCP29994. |
| June 14, 2018 | At Ammo Bros. in Cerritos, California, a Smith & Wesson M&P 9, 9mm caliber semiautomatic pistol, bearing serial number NBK1373. |
| June 28, 2018 | At Ammo Bros. in Cerritos, California, a Heckler & Koch model VP9, 9mm caliber semiautomatic pistol, bearing serial number 224029377. |
| August 28, 2018 | At Riflegear in Fountain Valley, California, a Heckler & Koch model P7 M8, 9mm caliber semiautomatic pistol, bearing serial number 91512. |
| October 8, 2018 | At Ammo Bros. in Cerritos, California, a Smith & Wesson model MP 9 Shield, 9mm caliber semiautomatic pistol, bearing serial number LDL3044. |
| February 22, 2019 | At Martin B. Retting in Culver City, California:<br><br>a) an STI model 2011, 9mm caliber semiautomatic pistol, bearing serial number MP190013; and<br><br>b) an STI model 2011, 9mm caliber semiautomatic pistol, bearing serial number TX07507. |

COUNT TWO

[18 U.S.C. §§ 922(a)(6), 924(a)(2)]

On or about November 16, 2015, in Orange County, within the Central District of California, defendant HUPP, in connection with the acquisition of a firearm from a federally licensed fireams dealer, namely, the acquisition of a Glock model 43, 9mm caliber semiautomatic pistol, bearing serial number ZZV016, from Proforce Law Enforcement, located at 655 North Berry Street in Brea, California, knowingly made a false and fictitious written statement, intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant HUPP executed and submitted to Proforce Law Enforcement an ATF Form 4473 Firearms Transaction Record, falsely stating that defendant HUPP was the actual buyer of

//
//
//
//
//
//
//
//
//
//
//
//
//

the firearm, when, in fact, as defendant HUPP then knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

ELISA FERNANDEZ
Assistant United States Attorney
Public Corruption & Civil Rights Section